# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

July 10, 2024

Hon. Colleen McMahon
United States District Court
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

OK
Colleen McMahon
7/11/2024

**United States v. Tomas Ianchauskas**
**24 Cr. 266 (CM)**

Your Honor:

With the consent of the Government and Pretrial Services I write today to request a modification of defendant Ianchauskas' bail conditions so as to allow him to visit a monastery in the Northern District of New York the weekend of July 13, 2024. Mr. Ianchauskas is released on a $75,000.00 PRB bond co-signed by two financially responsible persons, one of whom is his father. His travel is currently limited to the Southern and Eastern Districts of New York. Mr. Ianchauskas is a green card holder but citizen and resident of Russia where he is a museum curator and historian.

Since March 2024 Mr. Ianchauskas has been renting a room at the Russian Orthodox Monastery in Nanuet, New York. He earns his keep by working in the monastery's cemetery as a grave digger. He would like permission to travel to visit a monastery located in the Northern District of New York. He would leave Nanuet on Saturday, July 13 and sleep over in a hotel in either Otsego or Herkimer county. On July 14 he plans to visit the Holy Trinity Monastery in Jordanville, New York and then return to his Nanuet monastery residence that evening. This short trip would give him a break from his arduous work and stressful times and is consistent with his professional interests.

Pretrial's approval is subject to Mr. Ianchauskas furnishing his itinerary prior to travel including hotel booking information. No other modification of Mt. Ianchauskas appearance bond is sought. All other provisions to remain in force. Accordingly, it is respectfully requested that the Court grant the appearance bond modification sought herein.

Respectfully submitted,

Richard H. Rosenberg