O958IANS

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4                v.                          24 Cr. 266 (CM)

5   TOMAS IANCHAUSKAS,

6                Defendant.                  Sentence

7   ------------------------------x
                                             New York, N.Y.
8                                            September 5, 2024
                                             11:15 a.m.
9
    Before:
10
                        HON. COLLEEN McMAHON,
11
                                             District Judge
12
                           APPEARANCES
13
    DAMIAN WILLIAMS
14       United States Attorney for the
         Southern District of New York
15   VLADISLAV VAINBERG
    NATHAN M. REHN
16       Assistant United States Attorneys

17   RICHARD H. ROSENBERG
         Attorney for Defendant
18

19

20   Also present:  KENNETH WOLF, FBI
                     NELLY ALISHAEV, Interpreter (Russian)
21

22

23

24

25

O958IANS

1             (In open court; case called)

2             THE DEPUTY CLERK:  Your appearances.

3             MR. VAINBERG:  Good morning, your Honor.  Vlad

4    Vainberg for the United States.

5             THE COURT:  I'm sorry.  Your name again.  I have

6    developed, believe it or not, TMJ, and my right ear is locked.

7    I am having a hard time hearing.  I apologize in advance.

8             MR. VAINBERG:  Apologies, your Honor.  Vlad Vainberg

9    for the United States.  Along with me is Nathan Rehn and FBI

10   Special Agent Ken Wolf.

11            THE COURT:  Good morning.

12            MR. ROSENBERG:  Good morning, your Honor.  Richard

13   Rosenberg, appearing with and for Tomas Ianchauskas, standing

14   beside me.

15            THE COURT:  Good morning.

16            Good morning, everyone.

17            MR. ROSENBERG:  There is a Russian interpreter present

18   as well, your Honor.

19            THE COURT:  Thank you.

20            Can we get the appearance from the Russian

21   interpreter, please.

22            THE INTERPRETER:  Nelly Alishaev, Russian interpreter.

23            THE COURT:  Thank you for being here.

24            You may please be seated.

25            This matter is on for sentencing, under docket number

O958IANS

24 Cr. 266, *United States of America v. Tomas Ianchauskas*, the

defendant having been found guilty by plea of one count of

making a false statement, in violation of 18, United States

Code, Sections 1001(a)(2) and 2.  This is a class D felony.  It

carries a sentence of not more than five years' imprisonment,

not more than three years' supervised release, a maximum fine

of $250,000, and a $100 mandatory special assessment.

In connection with today's proceedings, I have

received and reviewed the presentence investigation report

prepared by United States Probation Officer Nichole

Brown-Morin.  The date on this report is July 1 of this year,

and I have reviewed the report and the attached sentencing

recommendation.

I have a letter on the letterhead of the United States

Attorney's Office for the Southern District of New York, dated

August 29, 2024, in the nature of a sentencing memorandum from

the government.

I have from Mr. Rosenberg a letter in the nature of a

sentencing memorandum, dated August 21, 2024.  It is six pages

long, but attached to it are literally dozens of pages of

exhibits.  Exhibit A is a letter from the defendant.  The

others are letters of support from family, friends, and

acquaintances, and a considerable amount of information about

activities in which the defendant engages in Russia, which

appeared to me to be the Russian equivalent of Civil War

O958IANS

1    reenactment here in this country.

2            Is there anything else I should have seen in writing

3    prior to today's proceedings?

4            From the government.

5            MR. VAINBERG:  No, your Honor.

6            THE COURT:  From the defendant.

7            MR. ROSENBERG:  No, your Honor.

8            THE COURT:  Has the government reviewed the

9    presentence report?

10           MR. VAINBERG:  Yes, your Honor.

11           THE COURT:  Any additions, deletions, or corrections

12   that the government wishes to make?

13           MR. VAINBERG:  No, your Honor.

14           THE COURT:  In that case, Mr. Vainberg, I will hear

15   you on sentencing.  I will have some questions for you, but I

16   will hear what you have to say first.

17           MR. VAINBERG:  Your Honor, as we have described in our

18   sentencing submission, this is a serious crime.  The defendant

19   was a regional leader of a sanctioned Russian organization.

20           THE COURT:  He is not accused of that.  That is not

21   what he has pleaded guilty to.  I believe he is a Russian

22   citizen, who was living in Russia, participating in a Russian

23   organization on his home soil; is that correct?

24           MR. VAINBERG:  That's correct, your Honor.

25           THE COURT:  Is there anything that he did in the

O958IANS

1    United States of America to further the aims or objectives of

2    that organization, that you're aware of?

3           MR. VAINBERG:  We are not aware of anything that he

4    physically did in the United States.

5           THE COURT:  So, for example, your letter talks about

6    espionage.  You have no evidence that this man has ever engaged

7    in espionage on behalf of the Russian government or anybody

8    associated with the Russian government?

9           MR. VAINBERG:  No, your Honor.

10          THE COURT:  Obviously, there is a lot of references in

11   here to this oligarch, who you have indicted and who is a

12   fugitive.  Is there any evidence that you have, through the

13   investigations into his financial dealings in the United

14   States, that Mr. Ianchauskas had any financial dealings in the

15   United States on behalf of or for the benefit of this

16   Mr. Malofeyev?

17          MR. VAINBERG:  Your Honor, we have not charged --

18          THE COURT:  I don't care about not charged.  I want to

19   know what you know.  Okay?  I want to know what you know.  I

20   need some context here.  Because he has been charged with a

21   1001.  He has been charged with the crime they charge people

22   with when you can't find anything else to charge him with a

23   crime.

24          So, I would like to know -- I need context.  I really

25   do.  So I am asking you a very specific question.  It says in

O958IANS

1    here that the FBI has been investigating——this is on page 4 of

2    your letter——Mr. Malofeyev's links to the United States and to

3    the United States financial system.  Are you aware of any link

4    to the United States or its financial system that has been

5    aided and abetted in any way by Mr. Ianchauskas?

6            MR. VAINBERG:  No, your Honor, to answer that specific

7    question.

8            THE COURT:  My questions are all very specific.

9            MR. VAINBERG:  I would like to go back to a question

10   your Honor posed a moment ago about the organization itself.

11           THE COURT:  Yes.

12           MR. VAINBERG:  Your Honor asked if the defendant had

13   ever done anything in the United States in support of that

14   organization.  I wanted to clarify that the organization itself

15   had put out a statement, an article in 2018, saying that the

16   defendant's visit to the United States at that point was on

17   their behalf.  The defendant has an interest in history, army

18   history, and so the organization has known that Mr. Ianchauskas

19   visits the United States and they have --

20           THE COURT:  He is able to be charged with telling a

21   lie about this sanctioned organization because he is a United

22   States person, and he is a United States person because he

23   holds a green card, not because he lives here.  Does he have

24   any residence here?

25           MR. VAINBERG:  He visits here.

O958IANS

1          THE COURT:  Does he have a lease, does he have a home,

2      or does he just come and visit dad?

3          MR. VAINBERG:  My understanding, your Honor, is that

4      he comes to visit his father.

5          THE COURT:  Comes to visit his father, who lives in

6      Florida.  If I were Russian, I would want to live in Florida

7      too.

8          So, he doesn't live in the United States; he doesn't

9      work in the United States; he doesn't have a job in the United

10     States.  Is that correct?  Most of the time he is in someplace

11     I never heard of.

12         MR. VAINBERG:  In Penza.

13         THE COURT:  In Russia.

14         And it's fair to say that whatever activities he is

15     involved in on behalf of this organization, which appears to

16     want to make Russia great again and take it back to the days of

17     the tsars and the Cossacks and the pogroms and all of that,

18     pre-Soviet days.  Am I reading that right?

19         MR. VAINBERG:  Among other things.

20         THE COURT:  Is there some other thing that you know of

21     that Mr. Ianchauskas is involved in?  Because I have a lot of

22     information indicating that he is involved in dressing up like

23     a Cossack and getting on a horse.

24         MR. VAINBERG:  He promotes -- we don't want to

25     over-exaggerate anything.  He promotes a society whose stated

O958IANS

1    aims are to annex Ukraine and who is run by an oligarch --

2            THE COURT:  And there are people in the United States

3    who would like to secede from the United States and set up

4    pre-Civil War societies, and their activities are protected in

5    this country by the First Amendment, right?

6            MR. VAINBERG:  Certainly.

7            THE COURT:  I just want to make it clear that if he

8    were a U.S. citizen, who had a quarrel with the current U.S.

9    government and wanted to turn back the clock, he would be

10   engaged in First Amendment protected activity on these shores.

11           MR. VAINBERG:  Absolutely, your Honor.

12           THE COURT:  So this is nothing but he told a lie to

13   the FBI.

14           MR. VAINBERG:  Your Honor, there is important context

15   about what he lied to the FBI about.

16           THE COURT:  He lied to the FBI about being affiliated

17   with an organization in Russia, that he belongs to in Russia,

18   works for in Russia, and doesn't have anything to do in the

19   United States.

20           MR. VAINBERG:  As a U.S. person, as your Honor has

21   recognized, as a green card holder, it would actually be

22   illegal for him to provide material support to the Tsargrad

23   society; that would be a violation of IEEPA.

24           THE COURT:  How would he possibly know that?

25           MR. VAINBERG:  How would he know?

O958IANS

1          THE COURT:  Ignorance of the law is no excuse.  It's

2     even in Latin in the sentencing memo.  Do you believe that he

3     knew that fact?

4          Does the government have any evidence that he was

5     aware that because he had a green card, which differentiates

6     him from other Russians who don't, because he had a green card,

7     that he was in violation of some obscure executive order?

8          MR. VAINBERG:  Your Honor, he was told that by the FBI

9     at the first interview.  Then he went back to Russia.  He

10    continued to participate in the organization.  Then he came

11    back to the United States and he lied about it again.  He

12    wasn't arrested after the first interview; it was after he went

13    back, came in, and then lied again.  So that's the relevant

14    conduct for your Honor's consideration.  It isn't about his --

15         THE COURT:  Lie number two.

16         MR. VAINBERG:  It's both of them.  It's the conduct

17    all together.  It's lying to the FBI, continuing to promote the

18    organization after he knew it was illegal for him to do that,

19    and then coming back and lying again.

20         THE COURT:  The only reason it was illegal for him to

21    do that is because he held a green card?

22         MR. VAINBERG:  Yes, your Honor.

23         THE COURT:  That gives me the context that I need.

24    Thank you.  Anything else you would like to tell me?

25         MR. VAINBERG:  Not unless your Honor has any other

O958IANS

1    questions.

2              THE COURT:  I don't.  I don't.

3              Thank you.

4              Mr. Rosenberg, have you reviewed the presentence

5    report and gone over it with your client?

6              MR. ROSENBERG:  I have, your Honor.

7              THE COURT:  Any additions, deletions, or corrections?

8              MR. ROSENBERG:  No.

9              THE COURT:  Were you able to do that with the

10   assistance of the interpreter?

11             MR. ROSENBERG:  Yes, I have, your Honor.

12             THE COURT:  I will hear you on sentencing.

13             MR. ROSENBERG:  Your Honor, you have before you a very

14   decent human being, who is a historical nerd, a history nerd.

15   From the time he was five years old he had an interest in

16   dressing up in uniforms and encouraged to pursue history as his

17   passion.  And he went on, as your Honor knows from our

18   submission, to become a history teacher, a graduate of history

19   from a university in Penza, which is a modest city, miles and

20   miles, far from Moscow.

21             THE COURT:  I have no idea where it is.

22             MR. ROSENBERG:  And what he runs is a museum in Penza,

23   in his hometown, a museum that is devoted to 17th, 18th, 19th,

24   20th century clothing, and the French, the Napoleonic Wars,

25   World War I, when America and Russia were allies, the Russian

O958IANS

1  Revolution.  These are the things that collected memorabilia,

2  uniforms.  There is a section of the museum honoring the

3  Americans who participated in World War I as allies of Russia

4  with their uniforms, and it's an attraction that attracts many

5  visitors.  And that's his passion.

6      He teaches.  Since COVID he teaches online.  He is a

7  man that has this group Avanpost, which is a group of

8  individuals who model -- that's how they got it, from the Civil

9  War reenactments in this country, copied by the Russians.  Not

10  only his group, but there are other groups in Russia, too, that

11  copy these reenactments.  And so they dress up in these

12  costumes, if you will.

13      THE COURT:  They turn themselves into Cossacks.

14      MR. ROSENBERG:  He is actually an anti-communist.

15      THE COURT:  Not communist.  I said Cossack.

16      MR. ROSENBERG:  In any event, your Honor, his

17  association with Tsargrad -- first of all, I think the

18  government -- and we have had this out with the government.  I

19  think their position that DHES, which was a cultural

20  organization, interested in history and culture of the Russian

21  people, and came in and there was a group of other people.  He

22  was never a leader.  He was an expert in his field, history.

23  That's all he does is reenactments, teach history, help

24  children with disabilities to overcome or to succeed in life,

25  but using horses.  It's called hippotherapy.  I never heard of

O958IANS

1    it before.  But apparently it has success in 2012 with

2    children.

3            These letters were extraordinary, Judge, about who

4    this man is.  He is totally not political.  He is not a

5    political human being.  His association with Tsargrad was

6    putting on historical reenactments not only for Tsargrad but

7    for cosponsors.  He never got paid.  He got reimbursed through

8    his expenses.  Yes, he panicked when he was asked, and

9    aggressively asked, by the FBI at the airport about his

10   associations with DHES, and he lied about his not having

11   anything to do with that association for three years or a year

12   and a half, or a year and a half instead of three years, and

13   the fact that he does these reenactments.

14           He met Malofeyev once, briefly, at an event, and they

15   took a picture together.  He doesn't know where Tsargrad's

16   offices are.  He has never been to their office.  He doesn't

17   hold a position in Tsargrad.  He runs a social media page in

18   Penza, which he inherited from the former person who ran that

19   web page.  He has two web pages.  One is Avanpost, which has

20   about a thousand followers, people that are interested in

21   equestrian and Russian history, and the other DHES page,

22   neither of which are political.  And even if he had political

23   thoughts, as your Honor said, that were contrary to American

24   interests, he is free to have those thoughts.

25           Incidentally, he doesn't.  But nevertheless, many

O958IANS

people in Russia believe that Russia was entitled to annex

Crimea or belong in Donbas.  This is not an unpopular opinion

in Russia.  But that doesn't make him a threat to the United

States.  It doesn't make him a bearer of misinformation.  There

is nothing in this man's history, his being, his very nature,

that calls for imprisonment and to be thrown into the hell at

MDC for six months.  For what?  He is embarrassed to be here.

This is a man who has lived a life of legitimacy, of giving.

When we ask people to write letters as defense

attorneys and they ask, well, what should I write, I say, it

would be great if you could write that the defendant saved

someone's life and jumped in the water.  Lo and behold, I have

a client who did exactly that, as reflected in one of the

letters to your Honor.  A 12-year-old that was drowning in a

pond or a lake in the suburbs of Penza, while the grandmother

fell asleep on the shore and this 12-year-old was going under,

he jumped in the water, fully clothed, and saved that child.

Other instances where people talked about the equestrian

accidents that occurred when he was present, a person getting

stuck in a stirrup as the horse ran away, and how Tomas rescued

him.  His work with children at the museum, teaching them how

to paint.  These are mostly kids, many with emotional and

growing disabilities, learning disabilities, and learning how

to sew and learning how to paint toy soldiers.  That's his

life.  That's who he is.

O958IANS

He cherishes his green card.  He will lose it.

THE COURT:  That was a question that I had that I
meant to ask the government.  I assume his green card is kaput?

MR. ROSENBERG:  Yes.  It's going to be kaput.

THE COURT:  I will ask the government.

MR. VAINBERG:  We can't speak for USCIS, but my
understanding is that he will potentially lose his green card.

THE COURT:  At which point we can agree he will cease
to be a U.S. person.

MR. VAINBERG:  Correct, your Honor.

THE COURT:  Okay.

MR. ROSENBERG:  It's important to him.  Not for any
nefarious reason.  But, yes, his father lives in Florida for
the last ten years.  His father is ill.  He comes to visit.  He
goes to museums in the United States.  He meets with people
that are also citizens in this country that are interested in
reenactments, historical reenactments.  That's who he is, a
history buff, a history nerd.  That is all he is.  When I say
all, it's not to minimize it.  What he does is fulfilling not
only to himself, but to his society and to the people and the
children that he serves.

One of the things that we didn't mention is his mother
suffered another heart attack and was taken to the hospital in
Penza on Monday.  She is currently in the hospital, and he
spoke to his mother this morning and she fainted while he was

O958IANS

1    on the phone with her.  I don't have the time to give you the

2    documentary evidence of that.

3         THE COURT:  I am prepared to accept your

4    representation that his mother is ill and that she is in

5    Russia.

6         MR. ROSENBERG:  And he is the only relative in Penza

7    and the only person that helps support her.  And your Honor is

8    familiar with the amendments to 3582, insofar as resentencing

9    goes, when a defendant is asking for an early termination; we

10   don't want to call it compassionate release anymore, early

11   release.  One of the new parts of that amendment is, if the

12   defendant's parent, and he is the only supporting individual

13   supporting that parent, is incapacitated in any way.  And I

14   submit, your Honor, that if he were a sentenced prisoner, that

15   may very well be a factor for a court to take into

16   consideration.  And so I think it's a factor that this Court

17   should take into consideration now, the illness of his mother,

18   the need for his mother to be reunited with Tomas for support,

19   both financially, emotionally, physically.  Again, there is no

20   other relative in Penza at all.

21        Your Honor, he is also a member of the World Russian

22   People's Council.  He has been a member since 2019, which is a

23   religious and cultural institution.  Malofeyev happens to be a

24   deputy director of that organization.

25        THE COURT:  I'm sorry.  Who?

O958IANS

1          MR. ROSENBERG:  Malofeyev.

2          THE COURT:  Malofeyev, the fugitive.

3          MR. ROSENBERG:  The bad guy.

4          THE COURT:  The oligarch.

5          MR. ROSENBERG:  Yes, the oligarch.  He happens to be

6    also a deputy head of that organization.  And so, when there

7    was an e-mail exchange that the government is referring to

8    about someone contacting him to take over his group, it was

9    that group, that he was -- I didn't hear from that fellow.

10          In any event, your Honor, this is a man who is a

11   member of other cultural organizations.  There is nothing

12   political about his involvement with any organization.  And,

13   again, he is an historian who needs to get home.  He needs to

14   get home to his livelihood, his mother, and to continue on a

15   productive life that he has been living for so many years.

16          So I am asking the Court for all of its compassion,

17   and I think the guidelines call out for a zero-point offender.

18          THE COURT:  I have to say, a couple of months ago I

19   had what I thought was the lowest guideline that I had ever

20   seen, but this is lower.

21          MR. ROSENBERG:  This is the lowest I have ever seen.

22          THE COURT:  A total offense level of 2, a criminal

23   history category of I.

24          MR. ROSENBERG:  Your Honor, I think if you would like

25   to hear from --

O958IANS

1          THE COURT:  Thank you, Mr. Rosenberg.  And thank you

2     for this interesting presentation.  I would like to give the

3     government a chance to say anything else it would like to on

4     the record before I hear from your client.

5          MR. VAINBERG:  Thank you, your Honor.

6          One other point for your Honor's consideration is

7     deterrence, general deterrence in this case.  Obviously, as you

8     can see from the context, this is a serious investigation,

9     there are serious investigations like this, in respecting our

10    country's sanctions, policies, and this is a case that's

11    monitored in Russia and elsewhere.  And so, we would submit

12    that a message should be sent that somebody who lies not once,

13    but twice, to the FBI, while providing illegal, material

14    support to a sanctioned organization, should receive a sentence

15    of incarceration so that they know that that is a serious

16    offense for which they will be held accountable.

17         THE COURT:  Thank you very much.

18         Mr. Ianchauskas, do you have anything you want to say

19    to me before I sentence you?

20         If you sit down and the interpreter uses the

21    microphone, that will help the court reporter, and given my

22    current problem, it will help me.

23         THE DEFENDANT:  Your Honor, as I explained in my

24    letter to the Court, Exhibit A, I sincerely apologize for the

25    dishonest statements I made to the representatives of the U.S.

O958IANS

1  government.  There was not a single day in the past eight

2  months I did not regret my behavior.

3          Again, I apologize to you and to the FBI officers who

4  are present in this room.  Some of my statements were

5  intentionally or non-intentionally untruthful.  I panicked that

6  I may lose my green card.  That's why I did not tell the truth.

7          Again, I apologize to you and to the FBI officers

8  present in this courtroom.  I am not a politician.  I'm just

9  historian.  I am historical reconstructor.  I communicated only

10  with the groups who are devoted to the military world, military

11  history.

12          Thank you very much.  With great respect, Tomas

13  Ianchauskas.

14          THE COURT:  Well, Mr. Ianchauskas, I think you

15  probably have learned a valuable lesson here, which is one does

16  not tell a lie to the FBI, one does not tell a lie to a

17  representative of the United States government, because you

18  never know where you may end up if you lie to the government.

19  It is a crime to lie to the government.  Most people don't know

20  that unless they are signing something and there is a legend

21  written above that says if you lie you could go to jail.  But

22  that's the crime with which you have been charged, and I am

23  grateful to the assistant United States attorney for making it

24  clear that it's the only crime you could conceivably have been

25  charged with on the facts as they are known, certainly to me,

O958IANS

1    and I believe to the government.

2              So, you have been confined in this country for how

3    many months now?

4              MR. ROSENBERG:  Since December.

5              THE COURT:  So eight or nine months.  And that is a

6    confinement not in jail, of course, not in the MDC, but in a

7    monastery, out on bail, living with the monks, digging graves;

8    unable to go home, unable to go visit your father in Florida,

9    and you're going to lose your green card, which is going to

10   make it very difficult for you to see your father in the

11   future.  And I look at that, and whether on the basis of

12   specific or general deterrence, I think that you have already

13   served a sentence that is excessive for the crime of

14   commission.

15             So I am going to do what Mr. Rosenberg asks me to do.

16   I am going to sentence you to time served, to be followed by no

17   term of supervised release.  I think you should go home, see

18   your mother, resume your life, resign yourself to not returning

19   to the United States, because you would need the permission of

20   the government to come back into this country.  I doubt very

21   much that the government is going to give you that permission.

22             But I want to emphasize that I believe that the

23   limitations on the defendant's ability, his movements, and his

24   activities over a period that exceeds the six months that I

25   could put him in jail under the guidelines, together with the

O958IANS

1    almost certain loss of his free pass into the United States,

2    the green card, is sufficient punishment for the crime of

3    having lied to the FBI about his affiliation with an

4    organization, that apparently he was affiliated with and only

5    carried out activities with in Russia, and I am unaware of any

6    facts that would tend to show that those activities presented

7    any national security danger to the United States, that they

8    involved espionage or any financial benefit to any oligarch or

9    sanctioned person.

10            So, the irony, of course, Mr. Ianchauskas is that the

11    green card that you were so proud of because you were allowed

12    to see your father is the reason that you find yourself in this

13    pickle.  But it truly is my judgment that you have been

14    punished enough.

15            So, if you would rise, please.  Under docket number 24

16    Cr. 266, at a total offense level of 2 and a criminal history

17    category of I, which I reiterate is the lowest total offense

18    level and criminal history that I have seen in almost 26 years

19    of doing this job, I hereby sentence you, Tomas Ianchauskas, to

20    time served, to be followed by no period of supervised release.

21    The defendant has no ability to pay a fine.  I am not going to

22    impose a fine.  There is no restitution applicable.  The

23    government is not seeking forfeiture.  You are required to pay

24    $100 in court costs, and that is due and payable immediately.

25            Okay.  I assume there was an appeal waiver in this

O958IANS

 1    case.

 2            MR. ROSENBERG:  Yes, your Honor.

 3            THE COURT:  So, Mr. Ianchauskas, ordinarily you would

 4    have a right to take an appeal from the sentence I have imposed

 5    upon you, and to have a lawyer represent you without charge if

 6    you could not afford to pay, if you chose to take an appeal.

 7    However, when you took your plea of guilty, you signed a letter

 8    with the government in which you agreed that as long as I

 9    didn't sentence you to more than six months you were going to

10    give up that right.

11            Do you recall that you signed that letter?

12            THE DEFENDANT:  Yes.

13            THE COURT:  Did you sign the letter of your own free

14    will?

15            THE DEFENDANT:  Yes.

16            THE COURT:  Well, I have sentenced you to less than

17    six months.  I have sentenced you to time served.  So it's my

18    understanding that you have waived your right to take an appeal

19    from the sentence; is that correct?

20            THE DEFENDANT:  Yes.

21            THE COURT:  All right.  The government does have the

22    right to take an appeal from your sentence if it believes that

23    I have been unreasonable in sentencing you to no further time,

24    at a total offense level of 2 and a criminal history category

25    of I.  If the government were to file such an appeal, you would

O958IANS

| 1 | be entitled to be represented by counsel and you would be

| 2 | entitled to have counsel appointed to represent you at no

| 3 | charge, more taxpayers' funds devoted to your case, if the

| 4 | government chose to take that appeal.  Do you understand that?

| 5 |           THE DEFENDANT:  Yes.

| 6 |           THE COURT:  Thank you.  You may be seated.

| 7 |           Is there anything else that we need to do from the

| 8 | government?  Are there other charges that need to be dismissed?

| 9 | Is there anything else?

| 10 |           MR. VAINBERG:  Nothing further from the government,

| 11 | your Honor.

| 12 |           THE COURT:  Thank you very much.

| 13 |           Mr. Rosenberg, anything else from you?

| 14 |           MR. ROSENBERG:  I know that Mr. Ianchauskas is so

| 15 | anxious to get back to Russia, your Honor.  I think pretrial

| 16 | might have his passport.

| 17 |           THE COURT:  Whoever has his passport should give it

| 18 | back today.

| 19 |           MR. ROSENBERG:  Do you need an order?

| 20 |           THE COURT:  I have just ordered it.  If you need it in

| 21 | writing, fax something over and I will sign it.

| 22 |           MR. ROSENBERG:  Thank you, your Honor.

| 23 |           THE COURT:  I want to thank the interpreter very much.

| 24 |           These proceedings are closed.

| 25 |           (Adjourned)